IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS RYAN WHITE                                                                           PLAINTIFF

V.                                            NO.  3:08cv00102 JLH

TIM CAVANESS                                                                                DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is dismissed in its entirety, without prejudice.  Any pending motions are denied as moot.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE