IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS RYAN WHITE                                                                                    PLAINTIFF

V.                                            NO.  3:08cv00102 JLH

TIM CAVANESS                                                                                         DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE